UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.

CASE NOS: 8:14-cr-131-T-24 EAJ
8:16-cv-1720-T-24 AAS

WILLIAM CALVIN CARDELL

_____/

**ORDER**

This cause comes before the Court upon the filing of a Joint Stipulation between the United States and Defendant regarding Section 2255 Motion and Resentencing (Doc. CV-10) filed August 12, 2016. The parties agree that in light of *Johnson v. United States*, 135 S. Ct. 2551 (2015), Defendant's § 2255 motion should be granted. Defendant was sentenced under the Armed Career Criminal Act ("ACCA"), and he no longer qualifies for the ACCA enhancement. Specifically, the parties agree that Florida burglary cannot qualify as a "violent felony" for purposes of a predicate offense under the ACCA.

The parties further agree that without the ACCA enhancement, Defendant's conviction of possession of ammunition by a convicted felon is a Class C felony with a statutory maximum of 10 years imprisonment and 3 years of supervised release. However, the parties apparently cannot agree on a stipulated sentence.

Accordingly, the Court orders:

1. Defendant's 28 U.S.C. § 2255 motion to vacate (Doc. CV-1, CR-34) is granted.

2. The Probation Office shall prepare an amended Presentence Report ("PSR") pursuant to Federal Rule of Criminal Procedure 32 and Local Rule 4.12 and file it in the criminal case on or before September 19, 2016.

3. Upon the submission of the final amended PSR to the Court, the Court will set a sentencing date and cause Defendant to be transported from the Bureau of Prisons to the Tampa Division of the Middle District of Florida for resentencing.

DONE AND ORDERED at Tampa, Florida, this 15th day of August, 2016.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

**Copies furnished to:**

Counsel of Record

U.S. Probation